TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00099-CV







Johnny Cantu, et al., Appellants


v.


Gray & Becker, P.C., Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. GN103879, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING




O R D E R


PER CURIAM

 On May 3, 2002, appellee filed a motion for involuntary dismissal of the appeal. 
Appellee's motion to dismiss is overruled.

 It is ordered June 21, 2002.


Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Do Not Publish